United States District Court
Southern District of Texas
**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ABIODUN AMOO, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:23-CV-04692 |
| MERRICK GARLAND, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 30, 2024. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff's Motion for Entry of Default Judgment is hereby DENIED. Doc. #3.

It is so ORDERED.

AUG 1 4 2024
Date

The Honorable Alfred H. Bennett
United States District Judge